IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DWIGHT H. DAVIS,** <br> **Plaintiff,** <br> <br> **V.** <br> <br> **ALABAMA DEPARTMENT** <br> **OF TRANSPORTATION**, <br> as a person under <br> **U.S.C. § 1983;** <br> **John Cooper**; <br> Individually and in his official capacity; <br> **Clarence Hampton**; <br> Individually and in his official capacity; <br> **Alice Rowe**; <br> Individually and in her official capacity; <br> **Lamar Woodham;** <br> Individually and in his official capacity; <br> **Steve Dukes;** <br> Individually and in his official capacity; <br> **Defendants.** | Civil Action No.: **2:16-CV-000583** |

**PLAINTIFF'S RESPONSE TO ORDER**

Comes now Plaintiff, Dwight Davis, by and through his attorney of record and respectfully requests prayer for other relief.

As grounds for this response, the Plaintiff would show unto the Court the following:

1. That the Court entered an Order on April 13, 2017, denying Plaintiff's Motion for Extension of Time, further stating a recommendation on Defendant's Motion to Dismiss would be forthcoming.

2. That if this Honorable Court is inclined to recommend dismissal of the Plaintiff's case, the Plaintiff respectfully requests the Court would do so without prejudice, where the Plaintiff's issues would not be foreclosed.

**WHEREFORE,** Plaintiff, by and through his Counsel of record, respectfully requests this Court would grant the instant relief sought.

Respectfully Submitted,

/s/ Gerri W. Robinson (ASB9767D57R)
P.O. Box 3898
Birmingham, AL 35208
Phone:  205-254-3100 / Fax: 205-254-3133
Email:  jaiseg28@gmail.com

**Certificate of Service**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECT System, which will send notification of the same to all parties of record.

/s/Gerri Robinson